IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMENDATION** |
| vs. | ) | |
| | ) | Case No. 3:23-cr-168 |
| Jody Shaquille Bady, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jody Shaquille Bady moves to suppress evidence. Doc. 106. United States Magistrate Judge Alice R. Senechal held an evidentiary hearing on the matter. Doc. 124. Both parties filed pre-hearing and post hearing briefs. Doc. 113; Doc. 116; Doc. 127; Doc. 128. On August 8, 2025. Judge Senechal filed her Report and Recommendation, recommending denying the motion. Doc. 130. The parties were given until August 22, 2025, to file objections to the Report and Recommendation. Id. Bady filed an objection. Doc. 132.

The Court has spent considerable time reviewing the motion, the Report and Recommendation, Bady's objection, and the record as a whole. The Report and Recommendation is legally sound and persuasive. The Court agrees that there was probable cause to search the vehicle, and law enforcement did not improperly manipulate or search the phone before obtaining a warrant. So, the Court **ADOPTS** the Report and Recommendation (Doc. 130) in its entirety. Bady's motion to suppress (Doc. 106) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2025.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court